**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6522

ROBERT EARL VANCE,

Plaintiff - Appellant,

versus

NFN IRBY, Officer; NFN RHODES, Sergeant; J.
WILLIAMS, Sergeant; OFFICER MCDANIEL,

Defendants - Appellees,

and

PERRY CORRECTIONAL INSTITUTION,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  R. Bryan Harwell, District Judge.
(CA-03-3826-8-27)

Submitted:  August 22, 2005          Decided:  December 7, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Earl Vance, Appellant Pro Se.  William Benson Darwin, Jr.,
Ginger  Dee  Goforth,  HOLCOMBE,  BOMAR,  GUNN  &  BRADFORD,  P.A.,
Spartanburg, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Earl Vance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Vance v. Irby, No. CA-03-3826-8-27 (D.S.C. Mar. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED